FILED
CLERK, U.S. DISTRICT COURT

AUG 2 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> Fiona Temukisa Fiaseu </br> Defendant. | Case No.: 8:23-MJ-0422 </br> ORDER [OF DETENTION] </br> AFTER HEARING HELD PURSUANT </br> TO 18 U.S.C. § 3148 (B) </br> (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __T. Robinson__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  (✓) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (✓) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

__using meth, per test results + statements__

and

(2)

    (A)   ( )   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)   ( )   that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)   ( )   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)   (✓)   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See separate order setting conditions.</u> same conditions previously set

    ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

( )   IT IS ORDERED that the defendant be detained prior to trial.

DATED: __8/23/23__

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2